Russell STOUT, as Next Friend for Dakota Stout, a Minor, Appellant,

v.

BOARD OF GOVERNORS OF MISSOURI WESTERN STATE UNIVERSITY, Respondent.

No. WD 75875.

Missouri Court of Appeals, Western District.

July 30, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 27, 2013.

Application for Transfer Denied Oct. 29, 2013.

Stephen Hobson, for Appellant.

Stephen J. Briggs, for Respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, VICTOR C. HOWARD, Judge and MICHAEL MANNERS, Special Judge.

### ORDER

PER CURIAM:

Dakota Stout, a minor, by his father and next friend Russell Stout, filed a lawsuit against the Board of Governors of Missouri Western State University ("University") seeking damages for injuries he sustained when he fell at an event on the campus. The University filed a motion for summary judgment on the ground of sovereign immunity, and the trial court entered summary judgment in its favor. Because a published opinion would have no

precedential value, a memorandum has been provided to the parties. The judgment is affirmed. Rule 84.16(b).